# EXHIBIT B

|   |   |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN |
| 2 | & BALINT, P.C.<br>ELAINE A. RYAN (*To be admitted Pro Hac Vice*) |
| 3 | PATRICIA N. SYVERSON (203111)<br>LINDSEY M. GOMEZ-GRAY (*To be admitted Pro Hac Vice*) |
| 4 | 2325 E. Camelback Road, Suite 300<br>Phoenix, AZ 85016 |
| 5 | eryan@bffb.com<br>psyverson@bffb.com |
| 6 | lgomez-gray@bffb.com<br>Telephone:   (602) 274-1100 |
| 7 | BONNETT, FAIRBOURN, FRIEDMAN |
| 8 | & BALINT, P.C.<br>TODD D. CARPENTER (234464) |
| 9 | 600 W. Broadway, Suite 900<br>San Diego, California 92101 |
| 10 | tcarpenter@bffb.com<br>Telephone:  (619) 756-6978 |
| 11 | STEWART M. WELTMAN(*To be admitted Pro Hac Vice*) |
| 12 | 122 S. Michigan Ave.  Suite 1850<br>Chicago, Illinois 60613 |
| 13 | (312) 427-3600<br>sweltman@weltmanlawfirm.com |
| 14 | (OF COUNSEL LEVIN FISHBEIN SEDRAN & BERMAN) |
| 15 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| AIDA CORRA, On Behalf of Herself and All Others Similarly Situated, | Case No.: |
|---|---|
| Plaintiff, | CLASS ACTION: |
| v. | **DECLARATION OF PATRICIA N. SYVERSON PURSUANT TO CALIFORNIA CIVIL CODE §1780(d)** |
| ENERGIZER HOLDINGS INC., a Missouri Corporation; Playtex PRODUCTS, INC, a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

I, Patricia N. Syverson, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a shareholder of the law firm of Bonnett, Fairbourn, Friedman & Balint, P.C., the counsel of record for plaintiff in the above-entitled action.

2. Defendants Energizer Holdings, Inc., Playtex Products, Inc. and Sun Pharmaceuticals, LLC have done and are doing business in the Eastern District of California. Such business includes the distributing, marketing, labeling, packaging and sale of the Banana Boat SPF 85-110 collection.[1] Furthermore, Plaintiff Corra purchased a Product in the Banana Boat SPF 85-110 collection in Fresno, California.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24 day of October 2012, at Phoenix, Arizona.

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
ELAINE A. RYAN
PATRICIA N. SYVERSON (203111)
LINDSEY M. GOMEZ-GRAY

*/s/ Patricia N. Syverson*
Patricia N. Syverson
2325 E. Camelback Road, Suite 300
Phoenix, Arizona  85016
Telephone:   (602) 274-1100
Facsimile:   (602) 798-5860
eryan@bffb.com
psyverson@bffb.com
lgomezgray@bffb.com

Attorneys for Plaintiff

---

[1] The Banana Boat SPF 85-110 Collection includes: (1) Kids UltraMist® Sunscreen SPF 110 Continuous Clear Spray; (2) Kids UltraMist® Sunscreen SPF 85 Continuous Clear Spray; (3) Ultra Defense® UltraMist® Sunscreen SPF 110 Continuous Clear Spray; (4) Ultra Defense® UltraMist® Sunscreen SPF 85 Continuous Clear Spray; (5) Ultra Defense® Sunscreen SPF 100 Lotion; (6) Sport Performance® UltraMist® Sunscreen SPF 110 Spray; (7) Sport Performance® UltraMist® Sunscreen SPF 85 Spray; (8) Sport Performance® Sunscreen SPF 100 Lotion; (9) Baby SPF 100 Lotion; (10) Kids SPF 100 Lotion.