1

LATHAM & WATKINS LLP
Daniel Scott Schecter (Bar No. 171472)
  *daniel.schecter@lw.com*
Michael J. Reiss (Bar No. 275021)
  *michael.reiss@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Defendants
Energizer Holdings, Inc.

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| AIDA CORRAL, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC., a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. 1:12-CV-01736-AWI-SKO<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**<br><br>Honorable Anthony W. Ishii<br>Courtroom 2, 8th Floor<br><br>Action Filed: October 24, 2012 |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

hi

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL:**

    **WHEREAS**, on October 24, 2012, Plaintiff Aida Corral ("Plaintiff") filed her Complaint in this action;

    **WHEREAS**, on November 26, 2012, Plaintiff filed her Amended Complaint; and

    **WHEREAS**, on November 2 , 2012, Plaintiff Alejandra Martinez filed an action in this court denominated *Martinez v. Energizer Holdings, Inc.*, Case No. 1:12-CV-01802-LJO-GSA (the "Martinez Action") also against Defendants Energizer Holdings, Inc., Playtex Products, LLC, and Tanning Research Laboratories LLC (collectively, "Defendants"):

    IT IS HEREBY STIPULATED by the parties, by and through their counsel of record herein, as follows:

1.     The briefing schedule agreed to in the November 15, 2012 stipulation is hereby vacated;

2.     Defendants will move to dismiss Plaintiff's Complaint on or before January 16, 2013;

3.     Plaintiff will file an opposition to Defendants' motion to dismiss on or before February 13, 2013;

4.     Defendants will file a reply to Plaintiff's opposition to Defendants' motion to dismiss on or before February 27, 2013; and

5.     Plaintiff and Defendants stipulate that the *Martinez* Action and this action are related pursuant to Local Rule 123.

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE

1    Dated:  December 17, 2012

2                                              LATHAM & WATKINS LLP
                                                  Daniel Scott Schecter
3                                                 Michael J. Reiss

4
                                               By:     /s/ Michael J. Reiss
5
                                                  Michael J. Reiss
6                                                 Attorneys for Defendants
                                                  Energizer Holdings, Inc.
7

8
                                               BONNETT, FAIRBOURN,
9                                              FRIEDMAN & BALINT, P.C.
                                                  Patricia N. Syverson
10

11
                                               By:     /s/ Patricia N. Syverson
12
                                                  (as authorized on December 17, 2012)
13                                                Patricia N. Syverson
                                                  Attorneys for Plaintiff
14                                                Aida Corral

15

16

17                                                 ORDER

18   IT IS SO ORDERED.

19
     Dated:    December 18, 2012
20                                                 UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28