BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
ELAINE A. RYAN (*To be admitted Pro Hac Vice*)
PATRICIA N. SYVERSON (203111)
LINDSEY M. GOMEZ-GRAY (*To be admitted Pro Hac Vice*)
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
eryan@bffb.com
psyverson@bffb.com
lgomez-gray@bffb.com
Telephone:   (602) 274-1100

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
TODD D. CARPENTER (234464)
600 W. Broadway, Suite 900
San Diego, California 92101
tcarpenter@bffb.com
Telephone:  (619) 756-6978

STEWART M. WELTMAN (*To be admitted Pro Hac Vice*)
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone:  312-588-5033
Fax: 312-427-1850
sweltman@weltmanlawfirm.com
(OF COUNSEL LEVIN FISHBEIN SEDRAN & BERMAN)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIDA CORRAL, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, INC, a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.:  12-CV-01736-AWI-SKO<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Honorable Sheila K. Oberto<br>United States Magistrate Judge<br>Courtroom 2, 8th Floor<br><br>Action Filed: October 24, 2012 |

Plaintiff Aida Corral and Defendants Energizer Holdings, Inc., Playtex Products, Inc. and Sun Pharmaceuticals, LLC ("Defendants") jointly stipulate to continue the Mandatory Scheduling Conference currently set for January 31, 2013 pursuant to the Court's October 25, 2012 Order (D.E. #4).

WHEREAS, Plaintiff filed her Complaint in this action on October 24, 2012;

WHEREAS, on November 26, 2012, Plaintiff filed her Amended Complaint;

WHEREAS, Defendants will move to dismiss Plaintiff's Amended Complaint on or before January 16, 2013 and briefing on Defendants' motion to dismiss will be completed on February 27, 2013;

WHEREAS, the parties have met and conferred and believe that it would be a better use of judicial resources to continue the Mandatory Settlement Conference until after the Court has ruled on Defendants' motion to dismiss.

Dated: January 15, 2013

Respectfully submitted,

LATHAM & WATKINS, LLP
MICHAEL J. REISS

By:   /s/ Michael J. Reiss
(as authorized on January 15, 2013)
Attorneys for Defendants
Energizer Holdings, Inc., Playtex Products, Inc. and Sun Pharmaceuticals, LLC

Dated: January 15, 2013

BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
PATRICIA N. SYVERSON

By:   /s/ Patricia N. Syverson
         Patricia N. Syverson
Attorneys for Plaintiff
Aida Corral

**ORDER**

1

2

3  IT IS SO ORDERED.

4  Dated: _____    _____
                                      HONORABLE SHEILA K. OBERTO
5                                     **UNITED STATES MAGISTRATE JUDGE**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, 15th day of January, 2013.

By s/ *Patricia N. Syverson*
PATRICIA N. SYVERSON (203111)
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
2325 E. Camelback Rd., #300
Phoenix, AZ 85016
Tel:  (602) 274-1100
Fax:  (602) 274-1199