# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA CORRAL, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, INC, a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.:  12-CV-01736-AWI-SKO<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER THEREON**<br><br>Honorable Sheila K. Oberto<br>United States Magistrate Judge<br>Courtroom 2 -- 8th Floor<br><br>Action Filed: October 24, 2012 |

Plaintiff Aida Corral and Defendants Energizer Holdings, Inc., Playtex Products, Inc. and Sun Pharmaceuticals, LLC ("Defendants") jointly stipulate to continue the Mandatory Scheduling Conference currently set for January 31, 2013 pursuant to the Court's October 25, 2012 Order (D.E. #4).

WHEREAS, Plaintiff filed her Complaint in this action on October 24, 2012;

WHEREAS, on November 26, 2012, Plaintiff filed her Amended Complaint;

WHEREAS, Defendants will move to dismiss Plaintiff's Amended Complaint on or before January 16, 2013 and briefing on Defendants' motion to dismiss will be completed on February 27, 2013;

WHEREAS, the parties have met and conferred and believe that it would be a better use of judicial resources to continue the Mandatory Scheduling Conference until after the Court has ruled on Defendants' motion to dismiss.

Dated: January 15, 2013

Respectfully submitted,

LATHAM & WATKINS, LLP
MICHAEL J. REISS

By:   /s/ Michael J. Reiss
(as authorized on January 15, 2013)
Attorneys for Defendants
Energizer Holdings, Inc., Playtex Products, Inc. and Sun Pharmaceuticals, LLC

Dated: January 15, 2013

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
PATRICIA N. SYVERSON

By:   /s/ Patricia N. Syverson
       Patricia N. Syverson
Attorneys for Plaintiff
Aida Corral

- 1 -

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
12-CV-01736-AWI-SKO

## **ORDER**

Pursuant to the parties' stipulation and due to the fact that a motion to dismiss is currently pending and set to be heard on March 11, 2013, IT IS HEREBY ORDERED that:

1. The Scheduling Conference currently set for January 31, 2013, is **CONTINUED to April 18, 2013, at 9:30 a.m.** in Courtroom 7;

2. The parties' Joint Scheduling Report **shall be filed no later than April 11, 2013**, and shall also be emailed in Word or WordPerfect format to the Court at skoorders@caed.uscourts.gov;

3. Telephonic appearances for the Scheduling Conference are APPROVED and encouraged;

4. Any parties wishing to appear telephonically for the Scheduling Conference SHALL indicate this in the caption of their Joint Scheduling Report; and

5. All parties appearing telephonically shall coordinate one conference call to the Court at (559) 499-5790 at the time and date for the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **January 17, 2013**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

2