| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN |
| |    & BALINT, P.C. |
| 2 | ELAINE A. RYAN (*Admitted Pro Hac Vice*) |
| | PATRICIA N. SYVERSON (203111) |
| 3 | LINDSEY M. GOMEZ-GRAY (*Admitted Pro Hac Vice*) |
| | 2325 E. Camelback Road, Suite 300 |
| 4 | Phoenix, AZ 85016 |
| | eryan@bffb.com |
| 5 | psyverson@bffb.com |
| | lgomez-gray@bffb.com |
| 6 | Telephone:  (602) 274-1100 |
| | Facsimile:  (602) 274-1199 |

Attorneys for Plaintiff

LATHAM & WATKINS LLP
DANIEL SCOTT SCHECTER (Bar No. 171472)
*daniel.schecter@lw.com*
MICHAEL J. REISS (Bar No. 275021)
*michael.reiss@lw.com*
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone: 213.485.1234
Facsimile:  213.891.8763

Attorneys for Defendants
Energizer Holdings, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA CORRAL, On Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC., a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | Case No.: 1:12−CV−01736−AWI−SKO<br><br>**STIPULATION AND ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT** |

Plaintiff Aida Corral and Defendants Energizer Holdings, Inc., by and through their undersigned counsel of record, jointly move as follows:

WHEREAS, on August 1, 2013, Judge Ishii granted in part and denied in part Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and ordered that Plaintiff file an amended complaint, if any, on or before September 3, 2013 (30 days following the Court's Order) [D.E. 54];

WHEREAS, on August 20, 2013, Defendants filed a Motion for Reconsideration of Judge Ishii's August 1, 2013 Orders [D.E. 55];

WHEREAS, the parties have conferred and believe that it would be in the parties' and the Court's best interests to continue the filing of Plaintiff's amended complaint, if any, until after the Court rules on Defendants' pending Motion for Reconsideration;

NOW, THEREFORE, the parties jointly request as follows:

1. That Plaintiff has 30 days following the Court's ruling regarding Defendants' pending Motion for Reconsideration to file an amended complaint.

DATED: September 3, 2013.   BONNETT, FAIRBOURN, FRIEDMAN
                                                                                & BALINT, P.C.
                                                                                Patricia N. Syverson

                                                          By: */s/Patricia N. Syverson*
                                                                              Attorneys for Plaintiffs
                                                                              Aida Corral

DATED: September 3, 2013         LATHAM & WATKINS LLP
                                                            Daniel Scott Schecter
                                                            Michael J. Reiss

                                                         By:    */s/Michael J. Reiss*
                                                                       Michael J. Reiss
                                                                       Attorneys for Defendants
                                                                       Energizer Holdings, Inc.

# **ORDER**

Pursuant to the above stipulation, Plaintiff shall file an amended complaint within 30 days of the Court's ruling on Defendants' pending Motion for Reconsideration (Doc. 55).

IT IS SO ORDERED.

Dated:  **September 9, 2013**              /s/ Sheila K. Oberto
                                                                           UNITED STATES MAGISTRATE JUDGE

2