1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA CORRAL, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC., a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. 1:12-CV-01736-AWI-SKO<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND BRIEFING SCHEDULES**<br><br>Magistrate Judge Sheila K. Oberto<br><br>Action Filed: October 24, 2012<br>Amended Complaint Filed: November 26, 2012 |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

LA\3452996.1

Plaintiff Aida Corral and Defendants Energizer Holdings, Inc., Playtex Products, Inc. and Sun Pharmaceuticals, LLC ("Defendants") (collectively, the "Parties") jointly stipulate to extend the discovery and briefing schedules in this action.

**WHEREAS**, on October 31, 2013, the Parties filed a Joint Report (ECF No. 64) pursuant to Federal Rule of Civil Procedure 26(f) proposing discovery and briefing schedules to the Court;

**WHEREAS**, on November 8, 2013, the Court issued a Scheduling Order (ECF No. 66) setting the following discovery and briefing schedules:

| Event | Deadline |
| --- | --- |
| Mid-Discovery Status Report | February 4, 2014 |
| Mid-Discovery Status Conference | February 11, 2014 |
| Deadline for Class Discovery | March 24, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | April 7, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | May 7, 2014 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | May 23, 2014 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION AND ORDER
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

LA\3452996.1

| | |
|---|---|
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | June 23, 2014 |
| Last day for filing Reply to Class Certification Opposition | August 11, 2014 |
| Class Certification Hearing | September 8, 2014 |

**WHEREAS**, the Parties are currently exploring whether the case can be settled;

**IT IS HEREBY STIPULATED** by the Parties, by and through their counsel of record herein, as follows:

1. The above-referenced discovery and briefing schedules shall be vacated; and

2. The discovery and briefing schedules shall be as follows:

| Event | Deadline |
|---|---|
| Mid-Discovery Status Report | May 6, 2014 |
| Mid-Discovery Status Conference | May 13, 2014 |
| Deadline for Class Discovery | May 23, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | June 20, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | July 22, 2014 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATION AND ORDER
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

LA\3452996.1

| | |
|---|---|
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | August 5, 2014 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | September 5, 2014 |
| Last day for filing Reply to Class Certification Opposition | October 24, 2014 |
| Class Certification Hearing | November 24, 2014 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION AND  ORDER
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

LA\3452996.1

1

Dated:  February 3, 2014                    LATHAM & WATKINS LLP
2                                               Daniel Scott Schecter
                                                Michael J. Reiss
3

4

5                                           By    /s/ Michael J. Reiss
                                                Michael J. Reiss
                                                Attorneys for Defendants
6                                               Energizer Holdings, Inc.

7

8                                           BONNETT, FAIRBOURN, FRIEDMAN
                                            & BALINT, P.C.
9                                               Patricia N. Syverson

10

11                                          By    /s/ Patricia N. Syverson
                                                Patricia N. Syverson
12                                              Attorneys for Plaintiff
                                                Alejandra Martinez
13

14

15                                          **ORDER**

16          Pursuant to the parties' stipulation, the schedule in this case is modified as

set forth below to allow the parties additional time to discuss settlement.
17

18

19

20

21

| Event | Deadline |
|---|---|
| Mid-Discovery Status Report | May 6, 2014 |
| Mid-Discovery Status Conference | May 13, 2014;<br>**10:00 a.m., Courtroom 7** |
| Deadline for Class Discovery | May 23, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | June 20, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class | July 22, 2014 |

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

STIPULATION AND ORDER
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

LA\3452996.1

| Certification Motion. | |
|---|---|
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | August 5, 2014 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | September 5, 2014 |
| Last day for filing Reply to Class Certification Opposition | October 24, 2014 |
| Class Certification Hearing | November 24, 2014;<br>**1:30 p.m., Courtroom 2** |

IT IS SO ORDERED.

Dated:   **February 5, 2014**              _____ **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

STIPULATION AND  ORDER
TO EXTEND DISCOVERY
AND BRIEFING SCHEDULES

LA\3452996.1