1  LATHAM & WATKINS LLP
     Daniel Scott Schecter (Bar No. 171472)
2      *daniel.schecter@lw.com*
     Michael J. Reiss (Bar No. 275021)
3      *michael.reiss@lw.com*
   355 South Grand Avenue
4  Los Angeles, California  90071-1560
   Telephone: +1.213.485.1234
5  Facsimile: +1.213.891.8763

6  LATHAM & WATKINS LLP
     William Rawson (*pro hac vice*)
7      william.rawson@lw.com
   555 Eleventh Street, NW  Suite 1000
8  Washington, D.C.  20004-1304
   Telephone: +1.202.637.2200
9  Facsimile: +1.202.637.2201

10 Attorneys for Defendants
   Energizer Holdings, Inc.
11

12                    UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

14 | AIDA CORRAL, On Behalf of Herself and All Others Similarly Situated, | CASE NO. 1:12−CV−01736−AWI−SKO |
15 | | **STIPULATION TO FURTHER EXTEND DISCOVERY AND BRIEFING SCHEDULES; ORDER THEREON** |
16 | Plaintiff, | |
17 | v. | Magistrate Judge Sheila K. Oberto |
18 | ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC, a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company, | Action Filed: October 24, 2012
Amended Complaint Filed: November 26, 2012 |
22 | Defendants. | |

Plaintiff Aida Corral and Defendants Energizer Holdings, Inc., Playtex Products, Inc. and Sun Pharmaceuticals, LLC ("Defendants") (collectively, the "Parties") jointly stipulate to extend the discovery and briefing schedules in this action.

**WHEREAS**, on February 3, 2014, the Parties filed a Stipulation and Order to Extend Discovery and Briefing Schedules (ECF #70) proposing discovery and briefing schedules to the Court that would permit the parties additional time during which they could explore whether the case could be settled;

**WHEREAS**, on February 5, 2014, the Court issued a Scheduling Order (ECF # 71) setting the following discovery and briefing schedules:

| **Event** | **Deadline** |
| --- | --- |
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | April 25, 2014 |
| Mid-Discovery Status Report | May 6, 2014 |
| Mid-Discovery Status Conference | May 13, 2014 **10:00 a.m., Courtroom 7** |
| Deadline for Class Discovery | May 23, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | June 20, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | July 22, 2014 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | August 5, 2014 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION TO FURTHER EXTEND
DISCOVERY AND BRIEFING SCHEDULES; ORDER
THEREON

| | |
|---|---|
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | September 5, 2014 |
| Last day for filing Reply to Class Certification Opposition | October 24, 2014 |
| Class Certification Hearing | November 24, 2014 <br> **1:30 p.m., Courtroom 2** |

**WHEREAS**, the Parties are continuing to explore whether the case can be settled:

**IT IS HEREBY STIPULATED** by the Parties, by and through their counsel of record herein, as follows:

1. The above-referenced discovery and briefing schedules shall be vacated; and

2. The discovery and briefing schedules shall be as follows:

| **Event** | **Deadline** |
|---|---|
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | June 24, 2014 |
| Mid-Discovery Status Report | July 8, 2014 |
| Mid-Discovery Status Conference | July 15, 2014 |
| Deadline for Class Discovery | July 25, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | August 22, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | September 23, 2014 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for | October 7, 2014 |

| | |
|---|---|
| deposition thereafter. | |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | November 7, 2014 |
| Last day for filing Reply to Class Certification Opposition | December 19, 2014 |
| Class Certification Hearing | January 26, 2015 |

Dated: April 15, 2014　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　Daniel Scott Schecter
　　　　　　　　　　　　　　　　　　　　Michael J. Reiss


　　　　　　　　　　　　　　　　　　By　/s/ Michael J. Reiss
　　　　　　　　　　　　　　　　　　　　Michael J. Reiss
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　Energizer Holdings, Inc.

```
                              BONNETT, FAIRBOURN, FRIEDMAN
                              & BALINT, P.C.
                              Patricia N. Syverson


                          By   /s/ Patricia N. Syverson
                              Patricia N. Syverson
                              Attorneys for Plaintiff
                              Aida Corral
```

## **ORDER**

Pursuant to the parties' stipulation, the schedule shall be modified as set forth below.

To comport with the Court's calendar, the mid-discovery status conference has been set for July 10, 2014, at 10:00 a.m., and a joint mid-discovery status report shall be filed on or before July 3, 2014. Telephonic appearances for the mid-discovery status conference are encouraged and will be granted. If the parties do not have any issues to discuss at the conference, they may file a stipulated request that the conference be vacated.

| Event | Deadline |
|---|---|
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | June 24, 2014 |
| Mid-Discovery Status Report | July 3, 2014 |
| Mid-Discovery Status Conference | July 10, 2014, at 10:00 |
| Deadline for Class Discovery | July 25, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | August 22, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, | September 23, 2014 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

4   STIPULATION TO FURTHER EXTEND
DISCOVERY AND BRIEFING SCHEDULES; ORDER
THEREON

| | |
|---|---|
| if any, identified in Plaintiff's Class Certification Motion. | |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | October 7, 2014 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | November 7, 2014 |
| Last day for filing Reply to Class Certification Opposition | December 19, 2014 |
| Class Certification Hearing | January 26, 2015 |

IT IS SO ORDERED.

Dated:  **April 22, 2014**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO FURTHER EXTEND
5  DISCOVERY AND BRIEFING SCHEDULES; ORDER
THEREON