UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA CORRAL, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC, a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. 1:12−CV−01736−AWI−SKO<br><br>**STIPULATION TO FURTHER EXTEND DISCOVERY AND BRIEFING SCHEDULES** |

Plaintiff Aida Corral and Defendants Energizer Holdings, Inc., Playtex Products, Inc. and Sun Pharmaceuticals, LLC ("Defendants") (collectively, the "Parties") jointly stipulate to extend the discovery and briefing schedules in this action.

**WHEREAS**, on February 3, 2014, the Parties filed a Stipulation and Proposed Order to Extend Discovery and Briefing Schedules (ECF #70) proposing discovery and briefing schedules to the Court that would permit the parties additional time during which they could explore whether the case could be settled;

**WHEREAS**, on February 5, 2014, the Court issued a Scheduling Order (ECF # 71) resetting the discovery and briefing schedules;

**WHEREAS**, on April 15, 2014, the Parties filed a Stipulation and Proposed Order (ECF #72) to further extend the discovery and briefing schedules as the Parties continued to engage in

settlement negotiations;

**WHEREAS,** on April 22, 2014 the Court issued a Scheduling Order (ECF #74) resetting the discovery and briefing schedules;

**WHEREAS**, on May 29, 2014, the Parties filed a Stipulation and Proposed Order (ECF #75) to once again extend the discovery and briefing schedules as the Parties continued to further engage in settlement negotiations;

**WHEREAS,** on June 3, 2014 the Court issued a Scheduling Order (ECF #76) resetting the discovery and briefing schedules as follows;

| Event | Deadline |
| --- | --- |
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | August 26, 2014 |
| Mid-Discovery Status Report | September 11, 2014 |
| Mid-Discovery Status Conference | September 18, 2014 at 10:00 a.m. |
| Deadline for Class Discovery | September 23, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | October 21, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | November 21, 2014 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | December 5, 2014 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | January 6, 2014 |
| Last day for filing Reply to Class Certification Opposition | February 17, 2015 |
| Class Certification Hearing | March 23, 2015 at 1:30 p.m. |

**WHEREAS**, the Parties are continuing with their efforts to finalize a settlement and are in the process of negotiating a written settlement agreement;

**IT IS HEREBY STIPULATED** by the Parties, by and through their counsel of record herein, as follows:

1. The above-referenced discovery and briefing schedules shall be vacated; and

2. The discovery and briefing schedules shall be as follows:

| Event | Deadline |
| --- | --- |
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | October 10, 2014 |
| Mid-Discovery Status Report | October 26, 2014 |
| Mid-Discovery Status Conference | November 3, 2014 at 10:00 a.m. |
| Deadline for Class Discovery | November 7, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | December 5, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | January 5, 2015 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | January 19, 2015 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | February 20, 2015 |
| Last day for filing Reply to Class Certification Opposition | April 3, 2015 |
| Class Certification Hearing | May 7, 2015 at 1:30 p.m. |

Dated: July 31, 2014       LATHAM & WATKINS LLP
                           Daniel Scott Schecter
                           Michael J. Reiss


                     By    /s/ Michael J. Reiss
                           Michael J. Reiss
                           Attorneys for Defendants
                           Energizer Holdings, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
   Patricia N. Syverson

By   /s/ Patricia N. Syverson          
   Patricia N. Syverson
   Attorneys for Plaintiff
   Aida Corral

# ORDER

Pursuant to the parties' Stipulation, for good cause shown and to allow the parties an opportunity to finalize their settlement discussions, the discovery and briefing schedule in this matter is AMENDED as follows:

| Event | Deadline |
| --- | --- |
| Last Day for Defendants to Respond to Plaintiff's First Set of Requests for Admissions, First Set of Requests for Productions, and First Set of Interrogatories | October 10, 2014 |
| Mid-Discovery Status Report | October 23, 2014 |
| Mid-Discovery Status Conference | October 30, 2014 at 10:30 a.m. |
| Deadline for Class Discovery | November 7, 2014 |
| Last day for filing Class Certification Motion. Plaintiff shall simultaneously provide class expert report(s) with the motion and make expert(s) available for deposition thereafter. | December 5, 2014 |
| Last day for Plaintiff to produce and for Defendants to depose class certification experts, if any, identified in Plaintiff's Class Certification Motion. | January 5, 2015 |
| Last day for filing Opposition to Class Certification Motion. Defendants shall simultaneously provide class expert report(s) with opposition and make expert(s) available for deposition thereafter. | January 19, 2015 |
| Last day for Defendants to produce and for Plaintiff to depose class certification experts, if any, identified in Defendants' Class Certification Opposition. | February 20, 2015 |
| Last day for filing Reply to Class Certification Opposition | April 3, 2015 |
| Class Certification Hearing | May 11, 2015 at 1:30 p.m. |

IT IS SO ORDERED.

Dated:   **August 5, 2014**                    /s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE