LATHAM & WATKINS LLP
  Daniel Scott Schecter (Bar No. 171472)
   daniel.schecter@lw.com
  Michael J. Reiss (Bar No. 275021)
   michael.reiss@lw.com
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Defendants
Energizer Holdings, Inc.

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
  Elaine A. Ryan (*pro hac vice*)
   eryan@bffb.com
  Patricia N. Syverson (Bar No. 203111)
   psyverson@bffb.com
  Lindsey M. Gomez-Gray (*pro hac vice*)
   lgomez-gray@bffb.com
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: +1.602.274.1100

Attorneys for Plaintiff
Aida Corral

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA CORRAL, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC., a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. 1:12-CV-01736-AWI-SKO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge:  Anthony W. Ishii<br><br>Action Filed: October 24, 2012<br>Amended Complaint Filed: November 26, 2012 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Aida Corral ("Plaintiff") and Defendants Energizer Holdings, Inc., Playtex Products, Inc. and Sun Pharmaceuticals, LLC ("Defendants") (collectively, the "Parties") jointly submit this stipulation (the "Joint Stipulation") to dismiss the above-captioned action (the "Action") under the terms set forth herein and in the concurrently submitted Proposed Order of Dismissal Pursuant to Settlement Agreement.

The Parties have entered into a Settlement Agreement and Release, which was executed by Plaintiff on October 27, 2014 and by Defendants on November 12, 2014. Accordingly, the Parties stipulate to dismiss the Action according to the following terms:

1. The Action is dismissed with prejudice; and

2. Each of the Parties shall bear their own costs and attorneys' fees incurred in this Action.

Dated: November 25, 2014

LATHAM & WATKINS LLP
Daniel Scott Schecter
Michael J. Reiss

By  /s/ Michael J. Reiss
Michael J. Reiss
Attorneys for Defendants
Energizer Holdings, Inc.

Dated: November 25, 2014

BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C.
Patricia N. Syverson

By  /s/ Patricia N. Syverson
Patricia N. Syverson
Attorneys for Plaintiff
Aida Corral

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41

1

LA\3452996.1