1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| AIDA CORRAL, On Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ENERGIZER HOLDINGS INC., a Missouri Corporation; PLAYTEX PRODUCTS, LLC, fka PLAYTEX PRODUCTS, INC., a Delaware Corporation; SUN PHARMACEUTICALS, LLC, a Delaware Limited Liability Company, <br><br> Defendants. | CASE NO. 1:12-CV-01736-AWI-SKO <br><br> **ORDER OF DISMISSAL** <br><br> Judge:  Hon. Anthony W. Ishii <br><br> Action Filed: October 24, 2012 <br> Amended Complaint Filed: November 26, 2012 |

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER OF DISMISSAL

LA\3452996.1

1

2        Having reviewed and considered the Joint Stipulation of Dismissal With

3  Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, **IT

   IS HEREBY ORDERED** as follows:

4        1.      The Action is dismissed with prejudice; and

5        2.      Each of the Parties shall bear their own costs and attorneys' fees

6  incurred in this Action.

7

8  IT IS SO ORDERED.

9  Dated:   December 1, 2014         _____

10                                     SENIOR  DISTRICT  JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA\3452996.1